■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR COSTE, Appellant. [853 NYS2d 560]—

Although defendant denied that he had the physical evidence at issue on his person, he was not required to admit possession in order to comply with the factual pleading requirement of CPL 710.60 (*People v Burton*, 6 NY3d 584, 589 [2006]; *People v Johnson*, 42 AD3d 341 [2007]). Rather, he was entitled to meet his evidentiary burden by using a police officer's statement that the property in question was seized from his person. Concur—Mazzarelli, J.P., Saxe, Buckley and Catterson, JJ.